COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

# ORDER ON MOTION

Cause number:  01-16-00572-CV

Style:        *In re Commitment of Lester G. Talley*

Type of motion:       Motion for rehearing

Party filing motion:   Appellant

Appellant's motion for rehearing is **denied**.

Judge's signature:      /s/ Jane Bland
                        Acting for the Court

Panel consists of Chief Justice Radack and Justices Jennings and Bland.
Justice Jennings dissents from the denial of the motion for rehearing.

Date:   May 9, 2017